SCPW-20-0000407

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's petition for writ of mandamus, filed on June 1, 2020, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to relief or that he lacks alternative means to seek relief. Petitioner, therefore, is not entitled to the requested extraordinary writ. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson